IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-02713-REB-KMT

ALAN CRESPIN,

    Plaintiff,

v.

HSBC BANK USA, N.A., as Trustee for the Registered Holders of Nomura Home Equity Loan, Inc.,
ASSET-BACKED CERTIFICATES, SERIES 2006-HE3,
NOMURA HOME EQUITY LOAN, INC., and
OCWEN LOAN SERVICING, LLC.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is **Plaintiff's Motion To Dismiss Without Prejudice** [#7] filed May 7, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Motion To Dismiss Without Prejudice** [#7] filed May 7, 2009, is **GRANTED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated May 7, 2009, at Denver, Colorado.

                        BY THE COURT:

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge